# Court of Appeals
# of the State of Georgia

ATLANTA, January 18, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0415. DANIEL ERIC COBBLE v. STANLEY WILLIAMS et al.**

Prison inmate Daniel Eric Cobble sought to file an *in forma pauperis* civil action in superior court. That court denied the filing on the ground that the proposed complaint showed a complete absence of any justiciable issue of law or fact. Cobble filed an application for discretionary appeal in the Supreme Court, which subsequently transferred the application here. We docketed it as A13D0013 and denied it.

Cobble also filed a notice of appeal from the superior court's order, indicating his desire to appeal to both this Court and the Supreme Court. The direct appeal was docketed in the Supreme Court, which – again – transferred it here. That appeal is now before us. We, however, lack jurisdiction.

Because Cobble is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this direct appeal

from the superior court's order. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997). This appeal is therefore DISMISSED.[1]



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  01/18/2013
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
                *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Although we have already reviewed this case in connection with Cobble's discretionary application, we took the opportunity to examine the full record – including Cobble's proposed complaint – that was transmitted from the superior court with the direct appeal. That examination has confirmed that our previous denial of A13D0013 was the correct decision.